Approved.
IT IS SO ORDERED.
 s/ James R. Knepp II
UNITED STATES
DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

ALCIE TAYLOR,

Plaintiff,

v.                                                            Case No. 3:21-cv-01658-JRK

SCHEER, GREEN AND BURKE, CO., L.P.A.,

Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES ALCIE TAYLOR ("Plaintiff"), by and through her undersigned attorney, and in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, SCHEER, GREEN AND BURKE, CO., L.P.A., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: October 25, 2021

Respectfully Submitted,

/s/ *Nathan C. Volheim*
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 568-3056
Fax: (630)575-8188
nvolheim@sulaimanlaw.com